UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** CR 14-209 JNE/LIB |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 981(a)(1)(C)) |
| | ) | (18 U.S.C. § 1708) |
| v. | ) | (28 U.S.C. § 2461(c)) |
| | ) | |
| DAVID W. MARONEY, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Theft and Receipt of Stolen Mail Matter)

From on or about October 2013 through on or about April 17, 2014, in the State and District of Minnesota, the defendant,

**DAVID W. MARONEY,**

did steal, take, and abstract, and by fraud and deception obtain, and attempt so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, and did abstract and remove from any such letter, package, bag, or mail, any article or thing contained therein, and secrete, embezzle, and destroy any such letter, postal card, package, bag, or mail, or any article or thing contained therein; to wit, United States currency and gift cards, in violation of Title 18, United States Code, Section 1708.

SCANNED
JUN 1 9 2014
U.S. DISTRICT COURT MPLS

U.S. v. David W. Maroney

## Forfeiture Allegations

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

As the result of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1708.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Sections 1708 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY       FOREPERSON